**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen D. Talley aka Karen Tailey<br>　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 14-16128 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for HSBC Bank USA, National Association, as trustee, on behalf of the holders of the ACE Securities Corp. Home Equity Loan Trust, Series 2006-SD1 Asset Backed Pass-Through Certificates and index same on the master mailing list.

      Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734