UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| KAREN TALLEY, Debtor. | : | |
| | : | BR No. 14-16128 (SR) |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion of Catherine M. Martin, Esq., Jennifer Schultz, Esq., and Community Legal Services, Inc., for leave to withdraw as counsel for Debtor Karen Talley in this matter, it is hereby ORDERED that Catherine M. Martin, Esq., Jennifer Schultz, Esq., Devon Sanders, and Community Legal Services, Inc. are discharged as counsel for Debtor Karen Talley in this matter.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

**Date: March 6, 2019**