UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

KAREN D. TALLEY

                                     : Bankruptcy No. 14-16128JKF
Debtor(s)              : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature]*

Jean K. FitzSimon, B. J.

**Date: March 6, 2019**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DEVON E SANDERS ESQ
COMMUNITY LEGAL SERVICES INC
1410 W ERIE AVENUE
PHILADELPHIA PA 19140-

KAREN D. TALLEY
976 N. 66TH STREET
PHILADELPHIA,PA.19151-3101