United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen D. Talley  
    Debtor

Case No. 14-16128-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 06, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db         Karen D. Talley,    976 N. 66th Street,    Philadelphia, PA   19151-3101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
        CATHERINE MICHELLE MARTIN    on behalf of Debtor Karen D. Talley cmartin@clsphila.org  
        DEVON E. SANDERS    on behalf of Debtor Karen D. Talley dsanders@clsphila.org  
        JENNIFER SCHULTZ    on behalf of Debtor Karen D. Talley jschultz@clsphila.org  
        KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et. al. bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et. al. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>KAREN TALLEY, Debtor. | :<br>:<br>:<br>: | CHAPTER 13<br><br>BR No. 14-16128 (SR) |

**ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion of Catherine M. Martin, Esq., Jennifer Schultz, Esq., and Community Legal Services, Inc., for leave to withdraw as counsel for Debtor Karen Talley in this matter, it is hereby ORDERED that Catherine M. Martin, Esq., Jennifer Schultz, Esq., Devon Sanders, and Community Legal Services, Inc. are discharged as counsel for Debtor Karen Talley in this matter.

BY THE COURT:

_____

**Date: March 6, 2019**

THE HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE