United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Karen D. Talley
     Debtor

Case No. 14-16128-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Mar 06, 2019
                    Form ID: pdf900    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
```
db             Karen D. Talley,    976 N. 66th Street,    Philadelphia, PA 19151-3101
13358670      +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
               Philadelphia, PA 19107-3117
13358673       Department of Education,    c/o FedLoan Servicing,    PO Box 530210,    Greenville, TX 75403
13383949       EDUCATIONAL CREDIT MANAGEMENT CORP,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13358674      +Frederick I. Weinberg, Esq.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13358675      +Global Credit Network,    20010 Century Boulevard, Suite 420,    Germantown, MD 20874-1118
13447889      +HSBC Bank USA, National Association, as trustee,     c/o Select Portfolio Servicing, Inc.,
               3815 S. West Temple,    Salt Lake City, UT 84115-4412
13358676      +Justin T. Love,    976 N. 66th Street,    Philadelphia, PA 19151-3101
13358678      +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13358679      +Pioneer Credit Recovery Inc.,    26 Edward Street,    Arcade, NY 14009-1012
13358681      +Slomins, Inc.,    125 Lauman Lane,    Hicksville, NY 11801-6539
13358682       The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13358684       Virginia Emergency Group,    PO Box 935293,    Atlanta, GA 31193-5293
13447984      +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
13358686       Wells Fargo Bank, NA,    MAC N9777-112,    PO Box 5100,    Sioux Falls, SD 57117-5100
13358687      +Xerox State and Local Solutions, Inc.,    P.O. Box 41819,    Philadelphia, PA 19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:34     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:53:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2019 02:53:21    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:33     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:54:20     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13406402       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2019 02:53:59
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13358672       E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:33     City of Philadelphia,
               C/O  Law Department,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
13430695       E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:33     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13358671       E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:33     City of Philadelphia,
               Revenue Department,    Attn: Bankruptcy/Real Estate Taxes,    PO Box 1630,
               Philadelphia, PA 19105-1630
13457709      +E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:34     CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13358677      +E-mail/Text: blegal@phfa.org Mar 07 2019 02:53:12     Pennsylvania Housing Finance Agency,
               HEMAP,    211 North Front Street,    Harrisburg, PA 17101-1406
13363722       E-mail/PDF: rmscedi@recoverycorp.com Mar 07 2019 02:54:10
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13358680      +E-mail/Text: jennifer.chacon@spservicing.com Mar 07 2019 02:53:48
               Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Department,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
13446144       E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:53:56     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13358683      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 07 2019 02:52:41
               Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
13358685      +E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:33     Water Revenue Bureau,
               1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 16
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2            User: Virginia              Page 2 of 2               Date Rcvd: Mar 06, 2019
                                Form ID: pdf900             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              CATHERINE MICHELLE MARTIN    on behalf of Debtor Karen D. Talley cmartin@clsphila.org
              DEVON E. SANDERS    on behalf of Debtor Karen D. Talley dsanders@clsphila.org
              JENNIFER  SCHULTZ    on behalf of Debtor Karen D. Talley jschultz@clsphila.org
              KEVIN G. MCDONALD     on behalf of Creditor   HSBC Bank USA, National Association, As Trustee et.
               al. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee
               et. al. mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      :

KAREN D. TALLEY

                                                  : Bankruptcy No. 14-16128JKF
       Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: March 6, 2019**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DEVON E SANDERS ESQ
COMMUNITY LEGAL SERVICES INC
1410 W ERIE AVENUE
PHILADELPHIA PA 19140-

KAREN D. TALLEY
976 N. 66TH STREET
PHILADELPHIA,PA.19151-3101