**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Karen D. Talley | : | |
| Debtor | : | BANKRUPTCY NO.: 14-16128 JKF |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that true and correct copies of the Debtors' Motion to Reconsider Order Dismissing Case and Notice of Motion, Response Deadline and Hearing Date have been served upon the following interested parties this 16th day of March, 2019, via CM/ECF and/or regular mail.

**Electronically mailed to:**

POLLY A. LANGDON on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN G. MCDONALD on behalf of Creditor HSBC Bank USA, National Association, As Trustee et. al. bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MATTHEW CHRISTIAN WALDT on behalf of Creditor HSBC Bank USA, National Association, As Trustee et. al. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT on behalf of Creditor SELECT PORTFOLIO SERVICING, INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

SCOTT WATERMAN
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

**Sent first class mail to:**

Karen D. Talley
976 N. 66th Street
Philadelphia, PA 19151

Mailing Matrix

/S/ Brandon Perloff
BRANDON PERLOFF, ESQUIRE
Attorney for Debtor