IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Karen D. Talley | : | |
| | : | |
| Debtor | : | Case No.: 14-16128 JKF |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES

TO THE CLERK OF BANKRUPTC COURT:

PLEASE TAKE NOTICE that, pursuant to the Bankruptcy Rules of Procedure and all other applicable law, the undersigned counsel for the Debtor, Karen D. Talley, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon the undersigned at the following office, address and telephone number:

> Brandon Perloff, Esquire
> Kwartler Manus, LLC
> 1429 Walnut Street, Suite 701
> Philadelphia, PA 19102
> 267-457-5570

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleasing, request, complaint or demand, whether formal or informal whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtor.

 Respectfully submitted,

DATE: March 16, 2019  /s/ Brandon Perloff, Esq
 Brandon Perloff, Esquire
 Attorney for the Debtor