IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Karen D. Talley | : | |
| Debtor | : | BANKRUPTCY NO.: 14-16128-jkf |

## CERTIFICATION OF NO RESPONSE
## TO DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER
## AND REINSTATE BANKRUPTCY

I, Brandon Perloff, Esq, Counsel for Debtor, do hereby certify that I have received no responses to the debtor's Motion to Reconsider Dismissal Order and Reinstate Bankruptcy.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: 4/5/2019

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire
Attorney for the Debtor
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
267-457-5570