**UNITED STATES BANKRUPTCY COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| Karen D. Talley | :    Chapter 13 |
| | : |
| Debtor | : |
| | :    Case No.: 14-16128 JKF |

## ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this _____ day of _____2019, upon consideration of the Motion of Karen D. Talley to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

ORDERED and DECREED that the Motion is **GRANTED** and the Order Dismissing Debtor's Chapter 13 Bankruptcy case is **VACATED**, and said case if forthwith reinstated;

~~FURTHER ORDERED~~:
~~xxxxxxxxxxxxxxxxxxxxx~~

*[signature: Jean K FitzSimon]*

**Date: April 10, 2019**

Hon Jean K FitzSimon
U.S. Bankruptcy Judge