UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

KAREN D. TALLEY

                                   : Chapter 13
          Debtor(s)                : Bankruptcy No. 14-16128JKF

* * * * * * *

**HEARING TO BE HELD:**
**Date: June 19, 2019**
**Time: 9:30 a.m.**
**Place: United States Bankruptcy Court**
        **Courtroom #3**
        **900 Market Street**
        **Philadelphia, PA 19107-4295**

* * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Scott F. Waterman, Standing Chapter 13 Trustee, has filed Trustee's
Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of
this case.

    YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE
PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU
HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the
Court to consider your views on the motion, then on or before June 3, 2019   you or
your attorney must do ALL of the following:

          (a) file an answer explaining your position at

              U.S. Bankruptcy Court
              Clerk's Office
              United States Courthouse
              900 Market Street
              Philadelphia, PA 19107-4295

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it
early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.,
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606
Telephone: (610) 779-1313
Fax: (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)
above and attend the hearing, the court may enter an Order granting the relief requested
in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, United States
Bankruptcy Judge, on June 19, 2019 at 9:30 a.m., in Courtroom #3, United States Bankruptcy Court, 900
Market Street, Philadelphia, PA 19107-4295.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if
you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether
the hearing has been cancelled because no one filed an answer.

Date: May 20, 2019.