Certificate Number: 12433-PAE-DE-033009578

Bankruptcy Case Number: 14-16128



12433-PAE-DE-033009578

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2019, at 12:55 o'clock AM EDT, Karen D. Talley completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 23, 2019              By:     /s/Lance Brechbill

                                   Name:   Lance Brechbill

                                   Title:  Teacher