United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen D. Talley  
    Debtor

Case No. 14-16128-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 07, 2019  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.  
db         Karen D. Talley,    976 N. 66th Street,    Philadelphia, PA   19151-3101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:

         BRANDON J. PERLOFF    on behalf of Debtor Karen D. Talley bperloff@kminjurylawyers.com, kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net  
         KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et. al. bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association, as trustee, on behalf of the holders of the ACE Securities Corp. Home Equity Loan Trust, Series 2006-SD1 Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et. al. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                      TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Karen D. Talley                                                : Case No. 14–16128–jkf
            Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 7, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

126
Form 195